IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK ALLEN, SR.,           )
                              )
            Plaintiff,        )
                              )
v.                            )       1:21CV536
                              )
DURHAM COUNTY HEALTH DEPT.,   )
et al.,                       )
                              )
            Defendants.       )

### ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 12, 2021, was served on the parties in this action. (Text Recommendation dated July 11, 2021; Doc. 6.) Plaintiff objected to the Recommendation. (Doc. 7.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action, which is one of more than 60 recently filed by this Plaintiff, is dismissed, pursuant to 28 U.S.C. § 1915(e)(2)(B), as frivolous and for failure to state a claim. A Judgment dismissing this action will be entered contemporaneously with this Order.

/s/   Thomas D. Schroeder
                                      United States District Judge

August 31, 2021